PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0021-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| EBERARDO ACOSTA, | DATE: January 24, 2023 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 24, 2023.

2. By this stipulation, defendant now moves to continue the status conference until March 28, 2023, and to exclude time between January 24, 2023, and March 28, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes more than 1,550 pages of investigative reports, photos, search warrants, and other documents, as well as audio and video recordings and the voluminous contents of multiple seized cell phones and electronic devices. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The most recent batch of discovery

was produced on January 9, 2023, and includes the extracted contents of multiple cell phones. In addition, the government has approximately 37 pages of additional documents for defense counsel to review at the United States Attorney's Office, which defense counsel has not yet had an opportunity to review.

    b) Counsel for defendant desires additional time to review this discovery, to conduct factual investigation, to consult with his client regarding the discovery and potential responses to the charges in this case and to otherwise prepare for trial.

    c) Defendant made his initial appearance in this district on October 11, 2022, following his arrest in Mexico and deportation to the United States. *See* ECF No. 9.

    d) In addition, counsel for the defendant is scheduled to begin a three to four-week trial on January 23, 2023.

    e) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f) The government does not object to the continuance.

    g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 24, 2023 to March 28, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 19, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ DAVID W. SPENCER<br>DAVID W. SPENCER<br>Assistant United States Attorney |
| Dated: January 19, 2023 | /s/ Jesse I. Santana<br>Jesse I. Santana<br>Counsel for Defendant<br>EBERARDO ACOSTA |

**ORDER**

IT IS SO ORDERED.

Dated: **January 20, 2023**

_____
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3