PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EBERARDO ACOSTA,<br><br>Defendant. | CASE NO. 2:22-CR-0021-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 28, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 28, 2023.

2. By this stipulation, defendant now moves to continue the status conference until June 20, 2023, and to exclude time between March 28, 2023, and June 20, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 1,550 pages of investigative reports, photos, search warrants, and other documents, as well as audio and video recordings and the voluminous contents of multiple seized cell phones and electronic devices. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The most recent batch of discovery

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

was produced on January 9, 2023, and includes the extracted contents of multiple cell phones. In addition, the government has approximately 37 pages of additional documents for defense counsel to review at the United States Attorney's Office, which defense counsel has not yet had an opportunity to review.

  b) Counsel for defendant desires additional time to review this discovery, in particular the voluminous contents of four forensic cell phone downloads and the forensic download of a seized iPad, to conduct factual investigation, to consult with his client regarding the discovery and potential responses to the charges in this case and to otherwise prepare for trial.

  c) Defendant made his initial appearance in this district on October 11, 2022, following his arrest in Mexico and deportation to the United States. *See* ECF No. 9.

  d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 28, 2023 to June 20, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  March 22, 2023                              PHILLIP A. TALBERT
                                                    United States Attorney


                                                    /s/ DAVID W. SPENCER
                                                    DAVID W. SPENCER
                                                    Assistant United States Attorney


Dated:  March 22, 2023                              /s/ Jesse I. Santana
                                                    Jesse I. Santana
                                                    Counsel for Defendant
                                                    EBERARDO ACOSTA

**ORDER**

Pursuant to the stipulation of the parties, the status conference previously scheduled for March 28, 2023 is continued to June 20, 2023, at 9:30 a.m. and time is excluded between March 28, 2023, and June 20, 2023, under Local Code T4.

IT IS SO ORDERED.

Dated:  **March 22, 2023**                          _____
                                                    UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME                       3
PERIODS UNDER SPEEDY TRIAL ACT