PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0021-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| EBERARDO ACOSTA, | DATE: June 20, 2023 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on June 20, 2023.

2. By this stipulation, the parties request to vacate the June 20, 2023, status hearing and to set this case for a jury trial to begin on June 24, 2024, and a trial confirmation hearing for May 21, 2024. In addition, defendants move to exclude time between June 20, 2023, and June 24, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes more than 1,550 pages of investigative reports, photos, search warrants, and other

documents, as well as audio and video recordings and the voluminous contents of multiple seized cell phones and electronic devices. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review this discovery to conduct factual investigation, to consult with his client regarding the discovery and potential responses to the charges in this case and to otherwise prepare for trial. In addition, counsel for the defendant has multiple trials scheduled in other cases between now and June 24, 2024.

c) Defendant made his initial appearance in this district on October 11, 2022, following his arrest in Mexico and deportation to the United States. *See* ECF No. 9.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) The parties further agree and stipulate that pursuant to Federal Rule of Criminal Procedure 12(c)(1), Defendant must file all pretrial motions other than motions *in limine* no later than February 27, 2024, and request the following briefing schedule: (i) Defendant shall file any such motions no later than February 27, 2024; (ii) the government's oppositions or statements of non-opposition shall be filed no later than March 26, 2024; (iii) Defendant's reply briefs, if any, shall be filed no later than April 9, 2024; and (iv) the motions shall be heard, if the Court holds a hearing, on April 23, 2024.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 20, 2023 to June 24, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 16, 2023                                       PHILLIP A. TALBERT
                                                                                   United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  June 16, 2023                                       /s/ Jesse I. Santana
                                                                                    Jesse I. Santana
Counsel for Defendant
EBERARDO ACOSTA

# FINDINGS AND ORDER

Having reviewed the parties' stipulation, and for good cause shown, the Court approves the stipulation, makes the requested findings, and orders that:

1. The June 20, 2023, status conference is vacated.

2. This case is set for jury trial on June 24, 2024, and for a trial confirmation hearing on May 21, 2024, and time is excluded under the Speedy Trial Act through June 24, 2024, with the above-requested findings made by the Court.

3. Pursuant to Federal Rule of Criminal Procedure 12(c)(1), Defendant shall file all pretrial motions, other than motions *in limine*, no later than February 27, 2024; the government shall file its oppositions or statements of non-opposition no later than March 26, 2024; Defendant shall file his reply briefs, if any, no later than April 9, 2024; and the Court shall hear the motions, if at all, on April 23, 2024, unless otherwise continued by the Court.

IT IS SO ORDERED.

Dated: **June 16, 2023**

_____
UNITED STATES DISTRICT JUDGE