1 PHILLIP A. TALBERT
United States Attorney
2 DAVID W. SPENCER
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0021-DAD |
|---|---|
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| EBERARDO ACOSTA, | DATE: June 24, 2024
TIME: 9:30 a.m.
COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a jury trial to begin on June 24, 2024, and for a trial confirmation hearing on May 21, 2024.

2. By this stipulation, defendant now moves to continue the trial date until January 13, 2025, and the trial confirmation hearing to December 17, 2024, and to exclude time between June 24, 2024, and January 13, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 1,550 pages of investigative reports, photos, search warrants, and other documents, as well as audio and video recordings and the voluminous contents of multiple seized

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

cell phones and electronic devices. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) The relevant events in this case occurred throughout the state of California, as well as in Sinaloa, Mexico, where defendant was arrested in late 2022.

  c) Defendant made his initial appearance in this district on October 11, 2022, following his arrest in Mexico and deportation to the United States. *See* ECF No. 9.

  d) Defendant was previously represented by Jesse Sanatana. Following Mr. Santana's appointment to Superior Court Judge, counsel of record Mark Reichel was retained and substituted into the case on December 29, 2023.

  e) Since then, Mr. Reichel obtained the complete file from Mr. Santana in late January, and has communicated with defendant regarding his defense. Defendant is currently housed in McFarland, California, approximately four hours away.

  f) Counsel for defendant needs additional time to review the discovery, to conduct necessary factual investigation, to consult with his client regarding the discovery and potential responses to the charges in this case, and to otherwise prepare for trial.

  g) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. In addition, Mr. Reichel has federal trials set for the fall of 2024 in *United States v. Mitchell*, 2:20-cr-190-WBS (E.D. Cal.), and *United States v. Sassman*, 2:21-cr-121-DJC (E.D. Cal.). January 2025 is the soonest Mr. Reichel can reasonably be prepared for trial in this case.

  h) The government does not object to the continuance.

  i) The parties further agree and stipulate that pursuant to Federal Rule of Criminal Procedure 12(c)(1), Defendant must file all pretrial motions other than motions *in limine* no later than October 22, 2024, and request the following briefing schedule: (i) Defendant shall file any such motions no later than October 22, 2024; (ii) the government's oppositions or statements of non-opposition shall be filed no later than November 12, 2024; (iii) Defendant's reply briefs, if

any, shall be filed no later than November 19, 2024; and (iv) the motions shall be heard, if the Court holds a hearing, on November 26, 2024.

j) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

k) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 24, 2024 to January 13, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 29, 2024                    PHILLIP A. TALBERT
                                          United States Attorney

                                          /s/ DAVID W. SPENCER
                                          DAVID W. SPENCER
                                          Assistant United States Attorney


Dated:  March 29, 2024                    /s/ Mark Reichel
                                          Mark Reichel
                                          Counsel for Defendant
                                          EBERARDO ACOSTA

**ORDER**

Having reviewed the parties' stipulation, and for good cause shown, the Court approves the stipulation, makes the requested findings, and orders that:

1. The June 24, 2024, trial date, and May 21, 2024, trial confirmation hearing, are vacated.
2. This case is re-set for jury trial on January 13, 2025, and for a trial confirmation hearing on December 17, 2024, at 9:30 a.m. and time is excluded under the Speedy Trial Act through January 13, 2025, with the above-requested findings made by the Court; and
3. Pursuant to Federal Rule of Criminal Procedure 12(c)(1), Defendant shall file all pretrial motions, other than motions *in limine*, no later than October 22, 2024; the government shall file its oppositions or statements of non-opposition no later than November 12, 2024; Defendant shall file his reply briefs, if any, no later than November 19, 2024; and the Court shall hear the motions, if at all, on November 26, 2024, unless otherwise continued by the Court.

IT IS SO ORDERED.

Dated: **March 29, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4