PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0021-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| EBERARDO ACOSTA, | DATE: January 13, 2025 |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a jury trial to begin on January 13, 2025, and for a trial confirmation hearing on December 17, 2024.

2. By this stipulation, defendant now moves to continue the trial date until May 13, 2025, and the trial confirmation hearing to April 14, 2025, and to exclude time between January 13, 2025, and May 13, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 1,550 pages of investigative reports, photos, search warrants, and other documents, as well as audio and video recordings and the voluminous contents of multiple seized

cell phones and electronic devices.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      The relevant events in this case occurred throughout the state of California, as well as in Sinaloa, Mexico, where defendant was arrested in late 2022.

      c)      Defendant made his initial appearance in this district on October 11, 2022, following his arrest in Mexico and deportation to the United States.  *See* ECF No. 9.

      d)      Defendant was previously represented by Jesse Sanatana.  Following Mr. Santana's appointment to Superior Court Judge, counsel of record Mark Reichel was retained and substituted into the case on December 29, 2023.

      e)      Counsel for defendant needs additional time for defense preparation and investigation, including to obtain evidence from Mexico that is critical to the defense.  In a supplemental sealed filing, the defense will detail the specific evidence the defense needs and the specific steps the defense has taken and is taking to obtain it.

      f)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  In addition, Mr. Reichel has felony criminal trials scheduled in state court in January, February, and March of 2025, as well as a federal drug trafficking trial scheduled to begin on February 10, 2025, *United States v. Ward*, 2:24-cr-12-TLN (E.D. Cal.), and another federal drug trafficking trial scheduled to begin on March 3, 2025, *United States v. Lopez Zamora*, 2:21-cr-007-DAD (E.D. Cal.).

      g)      The government does not object to the continuance.

      h)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 13, 2025 to May 13, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 12, 2024          PHILLIP A. TALBERT
                                   United States Attorney


                                   /s/ DAVID W. SPENCER
                                   DAVID W. SPENCER
                                   Assistant United States Attorney


Dated:  December 12, 2024          /s/ Mark Reichel
                                   Mark Reichel
                                   Counsel for Defendant
                                   EBERARDO ACOSTA


**ORDER**

Having reviewed the parties' stipulation, and for good cause shown, the Court approves the stipulation, makes the requested findings, and orders that:

1. The January 13, 2025, trial date, and December 17, 2024, trial confirmation hearing, are vacated.

2. This case is re-set for jury trial on May 13, 2025, and for a trial confirmation hearing on April 14, 2025, at 9:30 a.m. and time is excluded under the Speedy Trial Act through May 13, 2025, with the above-requested findings made by the Court.

IT IS SO ORDERED.

Dated:  **December 12, 2024**        _Dale A. Drozd_
                                     DALE A. DROZD
                                     UNITED STATES DISTRICT JUDGE