REICHELLAW PC
MARK REICHEL
ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
EBERARDO ACOSTA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>EBERARDO ACOSTA,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:22-CR-00021-DAD-1<br>STIPULATION REGARDING<br>MODIFICATION OF STATUS<br>CONFERENCE HEARING; ORDER<br><br>Date: April 15, 2025<br>Time: 9:30 AM<br>Court: Hon. DALE A. DROZD |

**STIPULATION**

Due to a scheduling conflict, the defendant's status conference needs to be reset. The parties hereto request a new schedule for the status conference. The parties agree to vacate the original date of April 14, 2025, and respectfully request a new date to be reset to April 15, 2025 at 9:30 AM. Defense counsel would like to waive defendant's presence at status conference.

STIPULATION AND ORDER TO MODIFY STATUS CONFERENCE HEARING DATE
1

1    IT IS SO STIPULATED.

2    Dated: April 11, 2025                    Michele Beckwith

3                                            Acting United States Attorney

4                                            /s/ DAVID SPENCER

5    Dated: April 11, 2025                   Assistant United States Attorney

6

7                                            /s/ MARK REICHEL

     Dated: April 11, 2025                   MARK REICHEL

8                                            Counsel for Defendant

9

10

11

12

13

14

15                        **FINDINGS AND ORDER**

16

17

18

           IT IS SO ORDERED.
19

20   Dated:   **April 11, 2025**            _____

21                                            DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

     _____
     STIPULATION AND ORDER TO MODIFY STATUS CONFERENCE HEARING DATE
                                    2