1   REICHELLAW PC
    MARK J. REICHEL, ATTORNEY AT LAW
2   SBN 155034
    455 Capitol Mall, Suite 802
3   Sacramento, CA 95814
    T: (916) 801-2314
4   F: (888) 505-9331

5   Attorney for Defendant
    Eberardo Acosta

6

7                   IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

    UNITED STATES OF AMERICA,     ) Case No.  2:22-CR-00021-DAD-1
10                                )
            Plaintiff,            ) **STIPULATION TO VACATE TRIAL DATE AND**
11                                ) **RE SET TRIAL SETTING HEARING; ORDER**
            vs.                   )
12                                ) Date: October 6, 2025
    EBERARDO ACOSTA               ) Time: 9:30 a.m.
13                                ) Judge: Hon. DALE A. DROZD
            Defendant.            )
14  _____)

15                          **STIPULATION**

16          By stipulation, the parties agree to vacate the current trial date of September 9, 2025, to

17  also reset the trial setting hearing from the date of August 28, 2025, to October 6, 2025, at 9:30

18  a.m., and to exclude time between August 28, 2025, and October 6, 2025, with an exclusion of

19  time under Local Code T4.

20          1.      The parties agree and stipulate, and request that the court find the following:

21                  a.   Counsel for defendant is unavailable on the original date of August 28, 2025,

22                       due to contracting COVID and will not be returning to work until Tuesday,

23                       September 2nd.

24                  b.   Defense counsel Reichel is in trial beginning September 8th in Yolo County

25                       Superior Court, five days a week, until approximately September 24th.

26                       Although the matter is a civil matter, it is four years old and involves an 82-

27                       year-old defendant represented by Mr. Reichel. It has priority in the Yolo

28

    Stipulation and Order                        -1-              *United States v. Eberardo Acosta*
                                                                  2:22-CR-00021-DAD-1

1    County system and involves at least 20 witnesses just for the plaintiff who

2    have been subpoenaed and are traveling to attend.

3    c.    Additionally, Defense counsel Reichel is in a criminal trial which will begin

4    October 10 in Lake County, *People versus Starski*, case No CR 96 3331

5    which starts October 10, 2025, and is expected to last 2 weeks.

6    d.    Further, the defendant was residing in the City of Culiacan, Mexico, when he

7    was arrested in this case. When apprehended, he left behind various pieces of

8    evidence which his counsel and the defendant assert are essential to his

9    defense of the case. The city of Culiacan has been beset by tremendous

10    fighting and violence, and it has been very difficult for the defense to obtain

11    some of that evidence.

12    e.    Counsel for the defendant is nearly finished providing mitigating information

13    recently obtained from Mexico. Counsel for defendant desires additional time

14    to review the discovery with his client, research and investigate possible

15    defenses, discuss any potential resolution with his client, research mitigating

16    evidence, and present it to the prosecution. Defendant is housed at the Nevada

17    County Jail, and defense counsel and the defendant are very close to the

18    adoption of a plea agreement to resolve the matter. A short continuance is

19    needed.

20    f.    Counsel for defendant believes that failure to grant the above requested

21    continuance would deny him the reasonable time necessary for effective

22    preparation, considering the exercise of due diligence.

23    g.    The government does not object to the continuance.

24    h.    Based on the above-mentioned finding, the ends of justice served by

25    continuing the case as requested outweigh the interest of the public and the

26    defendant in a trial within the original date prescribed in the Speedy Trial Act.

27    i.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §

28

Stipulation and Order                              -2-                    *United States v. Eberardo Acosta*
2:22-CR-00021-DAD-1

1    3161 *et seq.* (Speedy Trial Act), the parties request that the time period

2    between August 28, 2025 and October 6, 2025, inclusive, be deemed

3    excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4),

4    because it would result from a continuance granted by the Court at the

5    defense's request, based on a finding that the ends of justice served by

6    granting the continuance outweighs the best interest of the public and in a

7    speedy trial.

8        j.  Nothing in the stipulation and order shall preclude the finding that other

9    provisions of the Speedy Trial Act dictate the additional time periods are

10   excludable from the period with which a trial must commence.

11   IT IS SO STIPULATED.

12

13   Date: August 27, 2025               Eric Grant

14                                  United States Attorney

15                                  */s/ DAVID SPENCER*

                               DAVID SPENCER

16                                  Assistant United States Attorney

17

18   Date: August 27, 2025               */s/ MARK REICHEL*

                               MARK REICHEL

19                                  Attorney for Defendant

20

21

22

23

24

25

26

27

28

Stipulation and Order               -3-              *United States v. Eberardo Acosta*
                                                  2:22-CR-00021-DAD-1

1

## **F I N D I N G S   A N D   O R D E R**

2          Pursuant to the stipulation of the parties and good cause appearing, the current trial date

3   of September 9, 2025, is vacated and the trial confirmation hearing is continued from August 28,

4   2025, to October 6, 2025, at 9:30 a.m. with that hearing being converted to a trial setting

5   conference, and time is exclude between August 28, 2025, and October 6, 2025, with an

6   exclusion of time under Local Code T4.

7

          IT IS SO ORDERED.

8

9   Dated:   **August 27, 2025**                          _____
                                                            DALE A. DROZD

10                                                          UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                        -4-                    *United States v. Eberardo Acosta*
                                                                    2:22-CR-00021-DAD-1