REICHELLAW PC
MARK REICHEL
ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
EBERARDO ACOSTA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EBERARDO ACOSTA,<br><br>Defendant | Case No.: 2:22-CR-00021-DAD-1<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: December 22, 2025<br>Time: 9:30 AM<br>Court: Hon. DALE A. DROZD |

**STIPULATION**

By stipulation, the parties agree to continue the defendant's status conference from the original date of November 24, 2025, to December 22, 2025, at 9:30 a.m., and to exclude time between November 24, 2025, and December 22, 2025 with an exclusion of time, under Local Code T4.

1. The parties agree and stipulate, and request that the Court find the following:

STIPULATION AND ORDER
1

a. Finalizing plea agreement: Counsel obtained mitigating information this week from his family in Mexico. Defense counsel was out of town for two weeks interviewing witnesses in two separate cases and therefore unable to finalize plea agreement in present case. While defense counsel anticipates that Mr. Acosta will enter a guilty plea at the next court date on December 22, 2025, if Mr. Acosta does not plead guilty, defense counsel needs additional time to adequately prepare for trial.

b. Counsel for defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, considering the exercise of due diligence.

c. The government does not object to the continuance.

d. Based on the above-mentioned findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 24, 2025, to December 22, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2. Nothing in the stipulation and order shall preclude the finding that other provisions of the Speedy Trial Act dictate the additional time periods are excludable from the period with which a trial must commence.

**IT IS SO STIPULATED**.

|  |  |
|---|---|
|  | Eric Grant<br>United States Attorney |
| Dated: November 19, 2025 | */s/ DAVID SPENCER*<br>DAVID SPENCER<br>Assistant United States Attorney |
| Dated: November 19, 2025 | */s/ MARK REICHEL*<br>MARK REICHEL<br>Counsel for Defendant<br>Eberardo Acosta |

## FINDINGS AND ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference in this case is continued from the original date of November 24, 2025, to December 22, 2025, at 9:30 a.m., and time is excluded between November 24, 2025, and December 22, 2025, under Local Code T4.

IT IS SO ORDERED.

Dated: __**November 19, 2025**__        _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
3