**REICHEL LAW PC**
**MARK REICHEL, State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, Ca  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
EBERARDO ACOSTA

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:22-CR-0021-DAD |
| Plaintiff, | ) STIPULATION REGARDING ) MODIFICATION OF SENTENCING ) SCHEDULE; ORDER |
| vs. | ) DATE: JUNE 29, 2026 ) TIME: 9:30 AM ) Court: Hon. DALE A. DROZD |
| EBERARDO ACOSTA, | ) |
| Defendant | ) |

**STIPULATION**

The parties have agreed to continue the date for sentencing to June 29, 2026. Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | June 29, 2026 |
| Reply, or Statement of Non-Opposition: | June 22, 2026 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 15, 2026 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 8, 2026 |

*Stipulation & Order to Continue Sentencing*
*1*

| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 1, 2026 |
|---|---|
| The draft Presentence Report shall be disclosed to the counsel no later than: | May 25, 2026 |

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: March 9, 2026                          Eric Grant
                                             United States Attorney

                                             */s/DAVID SPENCER*
                                             DAVID SPENCER
                                             Assistant United States Attorney

Dated: March 9, 2026                          */s/ MARK REICHEL*
                                             MARK REICHEL
                                             Counsel for Defendant
                                             Eberardo Acosta

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Judgement and Sentencing date in this case is continued to June 29, 2026 at 9:30 a.m. and the presentence report related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:   **March 9, 2026**              _____
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE

*Stipulation & Order to Continue Sentencing*
*2*