REICHEL LAW PC
MARK REICHEL, ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
EBERARDO ACOSTA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 22-CR-00021 DAD |
| | ) |
| Plaintiff, | ) STIPULATION FOR DEFENDANT'S |
| | ) TEMPORARY RELEASE TO ATTEND |
| vs. | ) FUNERAL; ORDER THEREON |
| | ) |
| | ) Date: |
| | ) Time: |
| EBERARDO ACOSTA, | ) Court: Hon. CAROLYN K. DELANEY |
| | ) |
| Defendant | ) |
| | ) |
| | ) |
| | ) |

The parties to this action stipulate to the temporary release of the defendant, to the custody of federal agents, to attend the funeral of his daughter Victoria Acosta, on June 8, 2026 in Sacramento, CA.

The request is for an Order granting Mr. Acosta temporary release from the Nevada City Jail on June 8, 2026 from 8:00 a.m. to 8:00 p.m., to attend the funeral of his daughter, Victoria Acosta, and is made pursuant to 18 U.S.C. §3142(i). The death of Mr. Acosta's young daughter was sudden and unexpected and represents an enormous loss for the defendant.  Under these circumstances, and in light of the strict safeguards stipulated to by the parties, the United States does not object to this request for temporary release

STIPULATION ON DEFENSE REQUESTED ORDER FOR DEFENDANT'S TEMPORARY RELEASE

1

Specifically, the parties stipulate that the defendant shall be temporarily released from the Nevada City Jail to the custody of agents and/or task force officers of the FBI and/or DEA on June 8, 2026 from 8:00 a.m. to 8:00 p.m. Mr. Acosta's activity will be limited to traveling from the Nevada City Jail to attend service at 11:00 a.m. at East Lawn Cemetery on Folsom Boulevard in Sacramento, CA 95819, and to attend the after services at the home of his son Fabian Acosta. The authorized federal law enforcement officers will escort Mr. Acosta to the services and cemetery and shall remain with him at all times until his return to the Nevada City Jail.

IT IS SO STIPULATED.

Dated: June 3, 2026

*/s/ David Spencer*
DAVID SPENCER
Assistant United States Attorney

Dated: June 3, 2026

*/s/ MARK REICHEL*
MARK REICHEL
Counsel for Defendant

**ORDER FOR TEMPORARY RELEASE**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE

PARTIES, and good cause appearing to exist, the Court orders the following:

1. EBERARDO ACOSTA INMATE NO. 24001843 shall be released from the Nevada City Jail on a "Temporary Out" on June 8, 2026 at 8:00 a.m.to 8:00 p.m. to the temporary custody of agents and/or task force officers of the FBI and/or DEA.

2. Upon temporary release, Mr. Acosta shall remain within the eyesight and custody of the agents and/or task force officers of the FBI and/or DEA until he is returned to the Nevada City Jail.

3. Defendant shall forthwith sign and his counsel file with this Court a Notice to Defendant Being Released which contains the appropriate advisements for such temporary release.

**FINDINGS AND ORDER**

IT IS SO ORDERED

Dated:  June 4, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE