REICHEL LAW PC
MARK REICHEL, ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
EBERARDO ACOSTA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EBERARDO ACOSTA,<br><br>Defendant | ) Case No.: 22-CR-00021 DAD<br>)<br>) AMENDED STIPULATION FOR<br>) DEFENDANT'S TEMPORARY RELEASE<br>) TO ATTEND FUNERAL; ORDER<br>) THEREON<br>)<br>) Date:<br>) Time:<br>) Court: Hon. CAROLYN K. DELANEY<br>)<br>)<br>)<br>) |

The parties to this action stipulate to the temporary release of the defendant, to the custody of federal agents, to attend funeral services for his daughter Victoria Acosta, on June 8, 2026 in Sacramento, CA.

The request is for an Order granting Mr. Acosta temporary release from the Nevada County Jail on June 8, 2026 from 8:00 a.m. until no later than 3:00 p.m., to attend a private viewing at the funeral home of his daughter, Victoria Acosta, and is made pursuant to 18 U.S.C. §3142(i). The death of Mr. Acosta's young daughter was sudden and unexpected and represents an enormous loss for the

STIPULATION ON DEFENSE REQUESTED ORDER FOR DEFENDANT'S TEMPORARY RELEASE

1

defendant.  Under these circumstances, and in light of the strict safeguards stipulated to by the parties, the United States does not object to this request for temporary release.

Specifically, the parties stipulate that the defendant shall be temporarily released from the Nevada County Jail, from the custody of the United States Marshal to the custody of agents and/or task force officers of the FBI and/or other federal law enforcement agencies assisting the FBI on June 8, 2026 from 8:00 a.m. until no later than 3:00 p.m. Mr. Acosta's activity will be limited to traveling from the Nevada County Jail to attend a private viewing at East Lawn Cemetery at 4300 Folsom Boulevard in Sacramento, CA 95819. The authorized federal law enforcement officers will escort Mr. Acosta to the cemetery and shall remain with him at all times until returning him to the Nevada County Jail no later than 3:00 p.m.

IT IS SO STIPULATED.

Dated: June 5, 2026

/s/ David Spencer
DAVID SPENCER
Assistant United States Attorney

Dated: June 5, 2026

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant

STIPULATION ON DEFENSE REQUESTED ORDER FOR DEFENDANT'S TEMPORARY RELEASE

2

**ORDER FOR TEMPORARY RELEASE**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, and good cause appearing to exist, the Court orders the following:

1. EBERARDO ACOSTA INMATE NO. 24001843, shall be released from the Nevada County Jail on a "Temporary Out" on June 8, 2026 at 8:00 a.m., from the custody of the United States Marshal to the temporary custody of agents and/or task force officers of the FBI and/or other federal law enforcement agencies assisting the FBI.

2. Upon temporary release, Mr. Acosta shall remain within the eyesight and custody of the agents and/or task force officers of the FBI and/or other federal law enforcement agencies assisting the FBI until he is returned to the Nevada County Jail.

3. Mr. Acosta's activity will be limited to traveling from the Nevada County Jail to attend a private viewing of his daughter, Victoria Acosta, at East Lawn Cemetery at 4300 Folsom Boulevard, Sacramento, CA 95819. The private viewing may include Mr. Acosta's close family members at the discretion of the FBI and other authorized federal law enforcement officers who have custody of Mr. Acosta.

4. The agents and/or task force officers of the FBI and/or other federal law enforcement agencies assisting the FBI shall return Mr. Acosta to the Nevada County Jail no later than 3:00 p.m. on June 8, 2026. Upon his return to the Nevada County Jail, Mr. Acosta will again be in the custody of the United States Marshal.

5. Defendant shall forthwith sign and his counsel file with this Court a Notice to Defendant Being Released which contains the appropriate advisements for such temporary release.

**FINDINGS AND ORDER**

IT IS SO ORDERED

Dated:  June 5, 2026

_Carolyn K. Delaney_
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION ON DEFENSE REQUESTED ORDER FOR DEFENDANT'S TEMPORARY RELEASE

3