**REICHEL LAW PC**
**MARK REICHEL, ATTORNEY AT LAW**
**State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
EBERARDO ACOSTA

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00021 DAD |
| Plaintiff, | STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER |
| vs. | DATE: SEPTEMBER 21, 2026 |
| | TIME: 9:30 AM |
| EBERARDO ACOSTA, | COURT: HON. DALE A. DROZD |
| Defendant | |

## STIPULATION

The parties have agreed to continue the date for sentencing September 21, 2026.

Due to schedule conflicts, additional time was needed to meet with Probation to complete the presentence interview.

Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follows:

Judgment and Sentencing Date:                           September 21, 2026

Reply, or Statement of Non-Opposition:              September 14, 2026

*Stipulation & Order to Continue Sentencing*
*1*

| | |
|---|---|
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | September 7, 2026 |
| The final Presentence Report shall be filed with the Court no later than: | August 31, 2026 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 24, 2026 |
| The draft Presentence Report shall be disclosed to the parties on: | August 17, 2026 |

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: June 9, 2026                           Eric Grant
                                              United States Attorney

                                              */s/DAVID SPENCER*
                                              DAVID SPENCER
                                              Assistant United States Attorney

Dated: June 9, 2026                           REICHELLAW PC

                                              */s/ MARK REICHEL*
                                              MARK REICHEL
                                              Counsel for Defendant
                                              Eberardo Acosta

## ORDER

Based on the agreement and stipulation of the parties and good cause appearing, the sentencing hearing as to this defendant previously scheduled for June 29, 2026, is continued to September 21, 2026, at 9:30 a.m. and the presentence report related filing schedule proposed by the parties is adopted.

IT IS SO ORDERED.

Dated:   **June 9, 2026**                     _____
                                              DALE A. DROZD
                                              UNITED STATES DISTRICT JUDGE