**REICHEL LAW PC**
**MARK REICHEL, ATTORNEY AT LAW**
**State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
EBERARDO ACOSTA

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>EBERARDO ACOSTA,<br>Defendant | Case No. 2:22-CR-00021 DAD<br><br>STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER<br><br>DATE: SEPTEMBER 21, 2026<br>TIME: 9:30 AM<br>COURT: HON. DALE A. DROZD |

**STIPULATION**

The parties have agreed to continue the date for sentencing to December 7, 2026.

Due to schedule conflicts, additional time was needed to meet with Probation to complete the presentence interview.

Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | December 7, 2026 |
| Reply, or Statement of Non-Opposition: | November 30, 2026 |

| | |
|---|---|
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | November 23, 2026 |
| The final Presentence Report shall be filed with the Court no later than: | November 16, 2026 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 9, 2026 |
| The draft Presentence Report shall be disclosed to the parties on: | November 2, 2026 |

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: August 28, 2026

Eric Grant
United States Attorney

/s/DAVID SPENCER
DAVID SPENCER
Assistant United States Attorney

Dated: August 28, 2026

REICHELLAW PC

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
Eberardo Acosta

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for September 21, 2026, is continued to December 7, 2026, at 9:30 a.m. and the presentence report related scheduled proposed by the parties is adopted.

IT IS SO ORDERED.

Dated: **August 27, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE